JENNA GERRY (SBN 304820)
  *jgerry@legalaidatwork.org*
KATHERINE WUTCHIETT (SBN 308240)
  *kwutchiett@legalaidatwork.org*
**LEGAL AID AT WORK**
180 Montgomery Street, Suite 600
San Francisco, CA 94104
T: (415) 864-8848; Fax: (415) 593-0096

J. BERNARD ALEXANDER, III (SBN 128307)
  *balexander@akgllp.com*
AMELIA ALVAREZ (SBN 310044)
  *aalvarez@akgllp.com*
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888; Fax: (310) 394-0811

ADITI FRUITWALA (SBN 300362)
  *afruitwala@aclusocal.org*
AMANDA GOAD (SBN 297131)
  *agoad@aclusocal.org*
ARIANA RODRIGUEZ (SBN 322701)
  *arodriguez@aclusocal.org*
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street, Suite 200
Los Angeles, California 90017
T: (213) 977-9500; Fax: (213) 977-5297

Attorneys for Plaintiff
(*continued on next page*)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ATKINSON,<br><br>Plaintiff,<br><br>v.<br><br>AECOM, AECOM MANAGEMENT SERVICES, Inc.; RICHARD V. SPENCER, Secretary of the U.S. Navy; PAE AVIATION AND TECHNICAL SERVICES LLC;<br><br>Defendants. | Case No. 5:18-cv-02617-JGB(KKx)<br><br>[~~PROPOSED~~] ORDER RE: JOINT STIPULATION PRECLUDING DISCLOSURE OF CONFIDENTIAL AND/OR PROPRIETARY INFORMATION<br><br>Complaint filed: December 18, 2018<br>FAC filed: February 15, 2019<br>SAC filed: April 4, 2019<br>Trial: April 28, 2020 |

ELIZABETH GILL (SBN 218311)
*egill@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION**
**FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm St.
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 225-8437

Attorneys for Plaintiff
JENNIFER ATKINSON

# [~~PROPOSED~~] ORDER

Before the Court is the stipulation of the Parties seeking to preclude disclosure of confidential and/or proprietary information.

Having reviewed the foregoing Protective Order, and for good cause shown, the Court hereby makes the Protective Order an Order of the Court.

**IT IS SO ORDERED.**

Dated: October 9, 2019

_____
The Honorable Kenly Kiya Kato
United States Magistrate Judge

1