JENNA GERRY (SBN 304820)
 jgerry@legalaidatwork.org
KATHERINE WUTCHIETT (SBN 308240)
 kwutchiett@legalaidatwork.org
**LEGAL AID AT WORK**
180 Montgomery Street, Suite 600
San Francisco, CA 94104
T: (415) 864-8848; Fax: (415) 593-0096

J. BERNARD ALEXANDER, III (SBN 128307)
 balexander@akgllp.com
AMELIA ALVAREZ (SBN 310044)
 aalvarez@akgllp.com
**ALEXANDER KRAKOW + GLICK LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888; Fax: (310) 394-0811

ADITI FRUITWALA (SBN 300362)
 afruitwala@aclusocal.org
AMANDA GOAD (SBN 297131)
 agoad@aclusocal.org
ARIANA RODRIGUEZ (SBN 322701)
 arodriguez@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street, Suite 200
Los Angeles, California 90017
T: (213) 977-9500; Fax: (213) 977-5297

Attorneys for Plaintiff (*continued on next page*)

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ATKINSON,<br><br>          Plaintiff,<br><br>     v.<br><br>AECOM, AECOM MANAGEMENT SERVICES, Inc.; THOMAS B. MODLY, Acting Secretary of the U.S. Navy; PAE AVIATION AND TECHNICAL SERVICES LLC;<br><br>          Defendants. | **Case No. 5:18-cv-02617-JGB(KKx)**<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS AECOM AND AECOM MANAGEMENT SERVICES, INC. FROM THE ACTION**<br><br>Complaint filed:  December 18, 2018<br>FAC filed:         February 15, 2019<br>SAC filed:         April 4, 2019<br>TAC filed:         May 22, 2019<br>Trial:             January 12, 2021 |

ELIZABETH GILL (SBN 218311)
*egill@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm St.
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 225-8437

Attorneys for Plaintiff
JENNIFER ATKINSON

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES:

On March 13, 2020, Plaintiff JENNIFER ATKINSON ("Plaintiff") and Defendants AECOM, AECOM MANAGEMENT SERVICES, Inc., THOMAS B. MODLY, Acting Secretary of the U.S. Navy ("U.S. Navy"), and PAE AVIATION AND TECHNICAL SERVICES LLC ("PAE") filed a Joint Settlement Report and Notice of Partial Settlement, (ECF No. 74), stating that Plaintiff had reached a negotiated resolution of all claims pending against Defendants AECOM, Inc. and AECOM MANAGEMENT SERVICES, Inc.[1] ("AECOM Defendants").

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff JENNIFER ATKINSON ("Plaintiff") hereby requests that the Court dismiss the AECOM Defendants from the above-captioned action in its entirety with prejudice.

Plaintiff has not reached a resolution with either Defendant U.S. Navy or Defendant PAE, and Plaintiff continues to pursue her claims pending against these two defendants under the causes of action, theories and facts as alleged by Plaintiff in the Third Amended Complaint.

The AECOM Defendants' settlement payment to Plaintiff constitutes the entire, maximum amount the AECOM Defendants will be required to pay Plaintiff in connection with the Action, given the Ninth Circuit's bar on further contribution from settling parties. *See Franklin v. Kaypro Corp.*, 884 F.2d 1222, 1231 (9th Cir. 1989).

Respectfully submitted,

Date: July 23, 2020

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Amanda Goad
Aditi Fruitwala
Ariana Rodriguez

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Elizabeth Gill
Aditi Fruitwala

---

[1] AECOM Management Services, Inc. changed its name and now operates as Amentum Services, Inc.

| Case No.:  5:18-cv-02617-JGB(KKx) | 3 | REQUEST FOR DISMISSAL OF AECOM DEFENDANTS WITH PREJUDICE |
|---|---|---|

LEGAL AID AT WORK
Jenna Gerry
Katherine Wutchiett

ALEXANDER KRAKOW + GLICK LLP

s/Amelia Alvarez
Amelia Alvarez
J. Bernard Alexander
Attorneys for Plaintiff
JENNIFER ATKINSON

4810-5285-7540, v. 1

# CERTIFICATE OF SERVICE

I, Amelia Alvarez, an employee in the City of Los Angeles, certify that on July 23, 2020, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

1. **REQUEST FOR DISMISSAL (AECOM);**
2. **[PROPOSED] ORDER RE REQUEST FOR DISMISSAL (AECOM)**

### [SEE SERVICE LIST]

July 23, 2020                    ALEXANDER KRAKOW + GLICK LLP

                                 By:   s/ Amelia Alvarez
                                       Marvin E. Krakow
                                       Amelia Alvarez
                                       1900 Avenue of the Stars, Suite 900
                                       Los Angeles, CA 90067
                                       Attorneys for Plaintiff,
                                       JENNIFER ATKINSON

**SERVICE LIST**

| | |
|---|---|
| *Counsel for Defendants:* AECOM<br>Adam Y. Siegel, Esq.<br>Zoe Yuzna, Esq.<br>JACKSON LEWIS P.C.<br>725 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5408<br>Tel: (213) 689-0404<br>Fax: (213) 689-0430<br>E: adam.siegel@jacksonlewis.com<br>zoe.yuzna@jacksonlewis.com | *Counsel for Defendant:* Richard Spencer<br>Timothy D. Biche, AUSU<br>300 N. Los Angeles Street<br>Federal Building, Suite 7516<br>Los Angeles, California 90012<br>T: (213) 894-7354<br>E: timothy.biche@usdoj.gov |
| *Counsel for Defendant:* PAE<br>Tracie Childs, Esq.<br>Jennifer Hendricks, Esq.<br>OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.<br>4370 La Jolla Village Dr., Suite 990<br>San Diego, California 92122<br>T: (858) 652-3100<br>F: (858) 652-3101<br>E: tracie.childs@ogletree.com<br>jennifer.hendricks@ogletree.com | *Co-Counsel for Plaintiff:*<br>Jenna Gerry, Esq.<br>Katherine Wutchiett, Esq.<br>LEGAL AID AT WORK<br>180 Montgomery Street, Suite 600<br>San Francisco, CA 94104<br>T: (415) 864-8848<br>F: (415) 593-0096<br>E: jgerry@legalaidatwork.org<br>kwutchiett@legalaidatwork.org |
| *Co-Counsel for Plaintiff:*<br>Aditi Fruitwal, Esq.<br>Ariana Rodriguez, Esq.<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West 8th Street, Suite 200<br>Los Angeles, California 90017<br>T: (213) 977-9500<br>F: (213) 977-5297<br>E: afruitwala@aclusocal.org<br>arodriguez@aclusocal.org | *Co-Counsel for Plaintiff:*<br>Elizabeth Gill, Esq.<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm St.<br>San Francisco, CA 94111<br>T: (415) 621-2493<br>F: (415) 225-8437<br>E: egill@aclunc.org |