KATHERINE WUTCHIETT (SBN 308240)
kwutchiett@legalaidatwork.org
**LEGAL AID AT WORK**
180 Montgomery Street, Suite 600
San Francisco, CA 94104
T: (415) 864-8848; Fax: (415) 593-0096

J. BERNARD ALEXANDER, III (SBN 128307)
balexander@amfllp.com
AMELIA ALVAREZ (SBN 310044)
aalvarez@amfllp.com
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888; Fax: (310) 394-0811

ADITI FRUITWALA (SBN 300362)
afruitwala@aclusocal.org
AMANDA GOAD (SBN 297131)
agoad@aclusocal.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street, Suite 200
Los Angeles, California 90017
T: (213) 977-9500; Fax: (213) 977-5297

Attorneys for Plaintiff
(*continued on next page*)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ATKINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>AECOM, AECOM MANAGEMENT SERVICES, Inc.; JAMES E. MCPHERSON, Secretary of the U.S. Navy; PAE AVIATION AND TECHNICAL SERVICES LLC,<br><br>    Defendants. | Case No.: 5:18-cv-02617-JGB(KKx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed:  December 18, 2019<br>FAC filed:          February 15, 2019<br>SAC filed:          April 4, 2019<br>TAC filed:          May 22, 2019 |

Case: 5:18-cv-02617-JGB(KKx)
STIPULATED REQUEST TO CONTINUE TRIAL DATE & CASE DEADLINES

1  ELIZABETH GILL (SBN 218311)
   egill@aclunc.org
2  **AMERICAN CIVIL LIBERTIES UNION**
   **FOUNDATION OF NORTHERN CALIFORNIA**
3  39 Drumm St.
   San Francisco, CA 94111
4  T: (415) 621-2493; Fax: (415) 225-8437

5  Attorneys for Plaintiff
   JENNIFER ATKINSON

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE THAT, pursuant to Central District of California Local Rule 16-15.7, Plaintiff Jennifer Atkinson ("Plaintiff") and Defendant Thomas W. Harker, Acting Secretary of the U.S. Navy ("Defendant") (collectively, "the Parties"), hereby notify the Court that the Parties have reached a negotiated resolution of all remaining claims pending in this matter.

    Counsel for the Parties are in the process of finalizing a settlement agreement and anticipate completing the steps necessary to fulfill the requirements of their settlement agreement within sixty-five (65) days.

    Plaintiff anticipates filing a request to dismiss her remaining claims pending in this action within this sixty-five (65) day period.

Respectfully submitted,

Dated: June 11, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /s/ Timothy D. Biché
TIMOTHY D. BICHE
Assistant United States Attorney

Attorneys for Defendant
Thomas W. Harker,
Acting Secretary of the United States Navy

| | | |
|---|---|---|
| 1 | Dated: June 11, 2021 | LEGAL AID AT WORK<br>Katherine Wutchiett |
| 2 | | ALEXANDER MORRISON + FEHR LLP<br>J. Bernard Alexander, III<br>Amelia Alvarez |
| 3 | | |
| 4 | | ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>Amanda Goad<br>Aditi Fruitwala<br>Ariana Rodriguez |
| 5 | | |
| 6 | | |
| 7 | | ACLU FOUNDATION OF NORTHERN CALIFORNIA<br>Elizabeth Gill |
| 8 | | |
| 9 | | /s/ Amelia Alvarez<br>Amelia Alvarez<br>Attorneys for Plaintiff<br>Jennifer Atkinson |

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated:  June 11, 2021            /s/ Amelia Alvarez
                                 Amelia Alvarez
                                 ALEXANDER MORRISON + FEHR LLP

## CERTIFICATE OF SERVICE

     I, Amelia Alvarez, an employee in the City of Los Angeles, certify that on June 11, 2021, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

**1.  NOTICE OF SETTLEMENT**

### [SEE SERVICE LIST]

June 11, 2021             ALEXANDER MORRISON + FEHR LLP

                           By:    s/ Amelia Alvarez
                                    Amelia Alvarez
                                    1900 Avenue of the Stars, Suite 900
                                    Los Angeles, CA 90067
                                    Attorneys for Plaintiff,
                                    JENNIFER ATKINSON

# SERVICE LIST

| | |
|---|---|
| *Counsel for Defendant*: PAE<br>Tracie Childs, Esq.<br>Jennifer Hendricks, Esq.<br>OGLETREE, DEAKINS, NASH<br>SMOAK & STEWART, P.C.<br>4370 La Jolla Village Dr., Suite 990<br>San Diego, California 92122<br>T: (858) 652-3100<br>F: (858) 652-3101<br>E: tracie.childs@ogletree.com<br>    jennifer.hendricks@ogletree.com | *Counsel for Defendant: Richard Spencer*<br>Timothy D. Biche, AUSU<br>300 N. Los Angeles Street<br>Federal Building, Suite 7516<br>Los Angeles, California 90012<br>T: (213) 894-7354<br>E: timothy.biche@usdoj.gov |
| *Co-Counsel for Plaintiff:*<br>Elizabeth Gill, Esq.<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm St.<br>San Francisco, CA 94111<br>T: (415) 621-2493<br>F: (415) 225-8437<br>E: egill@aclunc.org | *Co-Counsel for Plaintiff:*<br>Katherine Wutchiett, Esq.<br>LEGAL AID AT WORK<br>180 Montgomery Street, Suite 600<br>San Francisco, CA 94104<br>T: (415) 864-8848<br>F: (415) 593-0096<br>E: kwutchiett@legalaidatwork.org |
| *Co-Counsel for Plaintiff:*<br>Aditi Fruitwal, Esq.<br>Ariana Rodriguez, Esq.<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West 8th Street, Suite 200<br>Los Angeles, California 90017<br>T: (213) 977-9500<br>F: (213) 977-5297<br>E: afruitwala@aclusocal.org<br>    arodriguez@aclusocal.org | |