KATHERINE WUTCHIETT (SBN 308240)
*kwutchiett@legalaidatwork.org*
**LEGAL AID AT WORK**
180 Montgomery Street, Suite 600
San Francisco, CA 94104
T: (415) 864-8848; Fax: (415) 593-0096

J. BERNARD ALEXANDER, III (SBN 128307)
*balexander@amfllp.com*
AMELIA ALVAREZ (SBN 310044)
*aalvarez@amfllp,com*
**ALEXANDER MORRISON + FEHR LLP**
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Tel: (310) 394-0888
Fax: (310) 394-0811

ADITI FRUITWALA (SBN 300362)
*afruitwala@aclusocal.org*
AMANDA GOAD (SBN 297131)
*agoad@aclusocal.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street, Suite 200
Los Angeles, California 90017
T: (213) 977-9500; Fax: (213) 977-5297

Attorneys for Plaintiff (*continued on next page*)

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JENNIFER ATKINSON,

Plaintiff,

v.

AECOM, AECOM MANAGEMENT SERVICES, Inc.; THOMAS B. MODLY, Acting Secretary of the U.S. Navy; PAE AVIATION AND TECHNICAL SERVICES LLC;

Defendants.

**Case No. 5:18-cv-02617-JGB(KKx)**

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

[Fed. R. Civ. P. 41(a)(1)(A)(ii)]

Honorable Jesus G. Bernal
United States District Judge

ELIZABETH GILL (SBN 218311)
*egill@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm St.
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 225-8437

Attorneys for Plaintiff
JENNIFER ATKINSON

It is hereby stipulated by and between the parties, through their respective counsel, that the above-captioned action is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs, fees, and expenses.

Respectfully submitted,

Dated: August 31, 2021

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Amanda Goad
Aditi Fruitwala

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Elizabeth Gill

LEGAL AID AT WORK
Katherine Wutchiett

ALEXANDER MORRISON + FEHR LLP

/s/Aditi Fruitwala
Aditi Fruitwala
Attorneys for Plaintiff
JENNIFER ATKINSON

Dated: August 31, 2021

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief. General Civil Section

By: /s/ Timothy D. Biché
Timothy D. Biché
Assistant United States Attorney
Attorneys for Defendant
KENNETH J. BRAITHWAITE,
SECRETARY OF THE U.S. NAVY

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: August 31, 2021

/s/ Aditi Fruitwala

Aditi Fruitwala
ACLU FOUNDATION OF SOUTHERN CALIFORNIA